UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE BERNARD DAVIS (#491286)

VERSUS

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P., ET AL.

CIVIL ACTION

NO. 09-717-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Christine Noland dated October 5, 2009 (doc. no. 5) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiff's Complaint is DISMISSED, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED.

Baton Rouge, Louisiana, this 4th day of November, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE