UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDRE BERNARD DAVIS (#491286)

VERSUS

PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P., ET AL.

CIVIL ACTION

NO. 09-717-JJB-CN

## ORDER OF DISMISSAL

For the written reasons assigned and filed herein:

IT IS ORDERED plaintiff's Complaint is DISMISSED, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is DISMISSED.

Baton Rouge, Louisiana, this 4th day of November, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE